**Order entered March 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00060-CV

## JOSE AGUILAR, Appellant

## V.

## DAN WILLEMS, Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-18-03480-A**

## ORDER

The record was due February 8, 2019. By letter dated February 5, 2019, the Dallas Deputy County Clerk notified appellant that the clerk's record had been prepared and would be delivered to the Court when payment of $54 was made. We, in turn, notified appellant by letter dated February 7, 2019, that the clerk's record had not been filed because the clerk had not received payment for the record. We instructed appellant to provide written verification he had made payment within ten days and cautioned him that the failure to do so might result in the dismissal of his appeal for want of prosecution.

On February 19, 2019, the Court received a copy of appellant's letter to the county clerk in which appellant instructed the clerk to "prepare a complete record for the Court of Appeals

and advise me of the cost." In the letter, appellant states he will "deliver payment . . . as soon as possible" after being made aware of the charge.

We **ORDER** appellant to provide the Court with written proof he has paid the $54 fee for the clerk's record **WITHIN SEVEN DAYS OF THE DATE OF THIS ORDER**. Failure to do so will result in this appeal being dismissed for want of prosecution without further notice. *See* TEX. R. APP. P. 35.3(c); 42.3(b), (c).

/s/    KEN MOLBERG
        JUSTICE